UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN CALIFORNIA,<br><br>          Plaintiff,<br><br>v.<br><br>JORGE SOTO,<br><br>          Defendant. | Case No.  2:22-cv-08528-SB-MAA<br><br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

        The complaint in this case was filed on November 22, 2022.  Dkt. No. 1. Generally, defendants other than the United States must answer a complaint within 21 days after being served.  *See* Fed. R. Civ. P. 12(a)(1).  On January 11, 2023, Plaintiff filed proof that Defendant Jorge Soto was served on December 14, 2022. Dkt. No. 10.  A responsive pleading was due on January 4, 2023.  None has been filed, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than February 3, 2023, why this action should not be dismissed for lack of prosecution.

        The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

        Upon receipt of the remedy mentioned above, this order to show cause will be automatically discharged without further order.  Failure to respond to this order will result in the dismissal without prejudice of the action in its entirety. IT IS SO ORDERED.

Date: January 26, 2023                           _____

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge